BEFORE THE THIRD DIVISION, FEBRUARY 3, 1964

**No. 68289.**—United China & Glass Co. *v.* United States, protest 269435–KS/14598 (New Orleans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise, represented by invoice item 1782, case numbers G425–429, consists of decorated porcelain after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 68290.**—R. W. Smith *v.* United States, protest 62/8282 (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of low-grade "Guar" gum, which is a natural gum, the claim of the plaintiff was sustained.